FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 4 1993

JAMES R. LARSEN, Clerk
_____ Deputy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SAMUEL WEGBREIT, et al., )
)
               Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
vs. )
) CS-91-191-FVS
MARLEY ORCHARDS CORPORATION, )
et al., )
)
               Defendant. )
_____)

       This action came to review before the Court. The issues have been reviewed and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that the claims of the plaintiffs against defendant Shearson Lehman Brothers Inc. are DISMISSED WITH PREJUDICE and without costs. This settlement has been made in good faith. This stipulation does not affect the obligations of the parties under the Settlement Agreement previously executed. All claims for contribution or indemnity against Shearson are extinguished, discharged, satisfied, and/or barred.

Dated: January 6, 1993

JAMES R. LARSEN, Clerk
by: _____
Annie Smith, Deputy

CR-09 - CIVIL JUDGMENT

Entered in Civil Docket on 1/4/93